UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEIL AGUSTO LEON,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE, Secretary California Department of Corrections and Rehabilitation, et al.<br>    Respondents. | No. CV 10-5018 CJC (FFM)<br><br>ORDER DISMISSING PETITION |

    On July 8, 2010, petitioner Neil Augusto Leon filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody Pursuant to 28 U.S.C. § 2241.

    On July 15, 2010, mail from the court clerk addressed to petitioner was returned with a notation that the mail was undeliverable because of the death of petitioner. The Court ordered respondent to provide this Court with evidence that petitioner is deceased or advise the Court to the contrary. On August 17, 2010, respondent filed a Notice of Petitioner's Death and Request to Deny the Petition as Moot. Attached to the Notice is a notarized affidavit of Maria Leon attesting to the death of petitioner.

///
///
///
///
///

A petition for writ of habeas corpus is mooted by the death of the petitioner. *See, e.g., Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003) (dismissing petition for writ of habeas corpus as moot because petitioner died). Given petitioner's death, the petition is dismissed without prejudice.

DATED: September 1, 2010

_____
CORMAC J. CARNEY
United States District Judge

Presented by:

  /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM
United States Magistrate Judge