JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEIL AGUSTO LEON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE, Secretary California Department of Corrections and Rehabilitation, et al.<br><br>　　　　Respondent. | NO. CV 10-5018 CJC (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Dismissing Petition,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: September 1, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　United States District Judge